**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                          NO. 4:13CR00044-001 SWW

WILLIAM GROBOSKI                                                    DEFENDANT

**AMENDED JUDGMENT & COMMITMENT ORDER**

The joint notice regarding restitution amending the Judgment & Commitment Order entered on April 8, 2015, is accepted by the Court.

IT IS THEREFORE ORDERED that the Judgment & Commitment Order entered on April 8, 2015, is hereby amended to reflect that the total restitution amount owed of $7,500.00 to be paid to Deloris Frazier on behalf of Jane Doe.

All other conditions contained in the original Judgment & Commitment remain in full force and effect.

IT IS SO ORDERED this 1st day of July 2015.

                                                               /s/Susan Webber Wright
                                                               UNITED STATES DISTRICT JUDGE